# UNITED STATES DISTRICT COURT
for the

District of Montana

_____ Division

Jordan Keith Ahenakew

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* Great falls
State of Montana - Police Department
Cascade County Great falls news
high risk unit
West Benifis hospital

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jordan Keith Ahenakew
   All other names by which you have been known: n-A
   ID Number: 3024344
   Current Institution: C.C.D.C
   Address: 3800 Ulm north frontage RD
   great falls    MT    59404
      City   State  Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: State of montana
   Job or Title *(if known)*: sovereign governmental Branch
   Shield Number:
   Employer:
   Address:
      City   State  Zip Code

   Defendant No. 2
   Name: cascade county
   Job or Title *(if known)*: political subdivision
   Shield Number:
   Employer:
   Address:
      City   State  Zip Code

Defendant No. 3
  Name: Great fall's news
  Job or Title (if known):
  Shield Number:
  Employer:
  Address: West Benifis hospital

  _____  _____  _____
  City        State       Zip Code

Defendant No. 4
  Name: Great fall's Police Department
  Job or Title (if known):
  Shield Number: high risk unit
  Employer:
  Address: Child Protective services

  _____  _____  _____
  City        State       Zip Code

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Mont. Const. Art. 2 and 17    Civil rights           § 1901 § 1902
  Mont. Const. Art. 2 and 24    Equal Protection rights § 1912 § 1914
  Mont. Const. Art. 2 and 24    Fundamental rights
  (ICWa) indian Child Welfare act rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Being Denied my right To Being Denied To seek health and Be secured from unreasonable happiness search and seizure's Being Denied Due Process of law. Using Excessive force Being Defamized To the news To a false arrest for

III. Prisoner Status for crime's I never comitted a false police Report Excessive force. Emotional Distress negligence Basic right's violation's Indicate whether you are a prisoner or other confined person as follows (check all that apply): State constitutional
☐ Pretrial detainee   gross Retaliation   violation's
☐ Civilly committed detainee negligence   Discrimination
☐ Immigration detainee   negligence
☐ Convicted and sentenced state prisoner   Supervision
☐ Convicted and sentenced federal prisoner
☒ Other (explain) _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

at the crystal inn hotel and at the hospital
A. Describe where and when the events giving rise to your claim occurred.
on 11-11-24 the Police Department violated my right's under 49-1-101 By imposing Excessive Bodily restraint upon me By Detaining me for an unreasonable search and seizure's The arrest was illegal unjustified lacked legal authority to Detain me and Deprived me of my liberty By not letting me seek health
B. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? and happiness Was anyone else involved? Who else saw what happened?)* Attach additional pages if needed at Benifis hospital
on 11-11-24 I was Arrested By the G.F.P.D and high Risk unit Due To a false police report Being filed against me I was asleep when Police Knocked on the Door I came out and they had no warrant they illegally seized my settlement money from me used Excessive force unlawfully Detained me while I was Dry heaving and Ended up in the Emergency room cause my Blood sugar was low when I was admitted to the hospital I was suicidal asking To get Admitted to Behavior health cause I was at risk of self harm Behavior were negligent By Denying me To seek health and happiness in all lawful way's when Defendant's had a Duty to follow →

on 1-14-25 the charge's against me were Dismissed Due To the fact that it was a false police report and was Televised on the new's.

the law and their own policies and procedures in Congress and owed a duty to use ordinary and reasonable care in legally performing their duties as state actors for the state of Montana, Cascade County, Great Falls Police Department, Great Falls news, high risk unit West Benifis hospital Defendants Breached their Duties of care when they subject me to an unlawful arrest

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Ended up in the Emergency Room Due To the low Blood sugar and the negligent act's By Defendants and intentional Excessive force Exposing me to the news and subjecting me to an illegal arrest Defendant's Deceptively intentionally Deliberately negligenty Deprived me of my right to be secured from unreasonable seizures Art 2 section 11 and Due Process Art 2 section 17 my Reputation was Ruined my Parental right's were Terminated Due to the state of montana stating I was a violent Dangerous Person Which violates the 8th amendment

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For Judgment in favor of the Plaintiff and against the Defendant's for all Damages caused by the Defendant's conduct. including general, special, compensatory and Pre-Judgement and Post-Judgment interest in an amount to be Proven at Trial.

VII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Complaint for Violation of Civil Rights (Prisoner)

## VIII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Jordan Ahenakew
Prison Identification #: 3024344
Prison Address: 3800 Uim north frontage R.D
Great Falls       MT       59404
                City            State    Zip Code

Page 8 of 8

# Factual allegation's

1. on 11-11-24 the Plaintiff was arrested at crystal inn great falls mt By the G.F.P.D and the high risk unit as the Plaintiff was unaware why the police were there in the first place the Plaintiff was half asleep when he opened the Door he was unaware that there was the high risk unit waiting outside with guns Drawn on him they used Excessive force By twisting his arm's and while he was getting sick throwing up and stating he wasn't feeling good and the high risk unit illegally seized 6400 Dollar's from his Pocket Along with his phone and his wallet illegally Entered his hotel room lacking Probable cause and had no warrant the Plaintiff was forced out of the hotel and into a police car he asked why he was Being arrested nothing was Being answered the Plaintiff Stated he was very sick and asked the police to call the ambulance cause he was suffering low Blood sugar and his Body was almost going into shock when the ambulance arrived they loaded him into a stretcher into the ambulance they gave him glucose cause he was altered vomiting and was sent to the hospital and once arrived at the hospital the cop's finally told the Plaintiff that a women named Chantel Wilson made a report saying the Plaintiff held her hostage Robbed her for 700 Dollar's the Plaintiff Did not know what the Police was talking About and asked what they Did with his 6400 Dollar's his wallet and his phone and Stated why would he rob her when he Just got a settlement of his own money from a lawsuit →

1- for false imprisonment on 11-14-24 the Plaintiff
2- requested to see Behavior health cause of
the negligent intentional emotional distress
that was brought onto his life the injuries
he suffered that was caused by G.F.P.D the
high risk unit Great falls news Chantel Wilson
West Benifis hospital Due to the fact of the
Behavioral health Denied Plaintiff the ability
to seek health and happiness before they
Discharged him to Police costudy and while being
Booked in at the Jail officer fleming came interviewed
the Plaintiff and stated he had facebook messages
Between him and Chantel Wilson when she was
very persistent sending messages left and right
offering the Plaintiff sex for 100 Dollars Before
the arrest happened at the crystal inn.
this whole incident was exposed to the
Great falls news which is a violation of Defamation
of character on 1-14-25 the charges were
Dismissed against the Plaintiff out of steven
fagenstrom's court Due to the fact that Chantel
Wilson filed a slandered police report against
the Plaintiff and the District court set Bond
at an excessive amount that it constituted cruel
and unusual punishment keeping the Plaintiff
in Jail out of fear that the Plaintiff is Dangerous
Violates the 8th amendment the U.S Supreme court
the practice in U.S V. Salerno (1987)
the Judge improperly Based the amount of Bail
on an assumption that the Plaintiff is guilty
rather than on an assessment of the amount of Bail necessary
to secure his attendances at future court hearing.

a warrant has been filed against Chantel Wilson
for the false police report.

# Count 1
# State Constitutional Violations

1. Defendants unlawfully and unreasonably deprived Plaintiff of the protections contained in Mont. Const. Art. 2, Section 3 such that their conduct forstalled any opportunity Plaintiff would have otherwise had to pursue life's basic necessities, to enjoy his life and liberty and to seek health and happiness.
2. Defendants deceptively, intentionally, deliberately, negligently deprived Plaintiff of his right to be secured from unreasonable search and seizures pursuant to Mont. Const. Art. 2, Section 11.
3. Defendants, deceptively, intentionally, deliberately or negligently deprived Plaintiff of his liberty i.e. Due Process of law pursuant Mont. Const. Art. 2, Section 17.

## Count II - Negligence

1. Defendants had a duty to follow the law and their own policies and procedures in congruence with the law and owed a duty to use ordinary and reasonable care in legally performing their duties as state actors for the State of Montana, Cascade County, Great Falls Police Department, Great Falls News High Risk Unit, West Benifis Hospital, Child Protective Services.
2. Defendants breached their duties of care when they subject Plaintiff to an unlawful prolonged detention, engaged in bodily restraint, denied him Due Process of law, denied him the ability seek health and happiness.
3. As a direct and proximate result of the Defendants Breaches and unlawful acts, the Plaintiff was damaged, lost opportunities for wages and has been incarcerated unlawfully.

# Count III - Negligence Per Se

1. Defendants violated 46-6-105 MCA by subjecting the Plaintiff to an illegal, unlawful arrest at night within the confines of his residence on misdemeanor charges that occurred at another time and place.
2. 46-6-105 MCA was enacted to protect citizens and to prevent the police from harassing a person or searching his home on the pretext of arresting him for a misdemeanor committed at some other time and place.
3. 46-6-105 MCA was enacted to protect the Plaintiff from the exact type of harm that the Plaintiff suffered
4. As a direct and proximate result of Defendants violations of 46-6-105 MCA the Plaintiff was injured.

## (Count IV - Negligence Supervision)

1. The Defendants were aware or should of been aware of the fact that the actions engaged in were illegal the supervisors that permitted the activity to occur were negligent in their duties to supervise and train its employees and enforce the relevant law in the field.
2. Defendant owed a duty to the Plaintiff to exercise reasonable care in hiring, training, and supervising, employees on the basis of a special relationship between Defendants and the Plaintiff.
3. Had Defendants not been negligent in their duties to supervise, train, and enforce the relevant law in the field the unlawful arrest would not have occurred and Plaintiff would still be employed.
4. Consequently, the Plaintiff was injured due to Defendants negligent supervision in an amount to be proven at trial.

# Count V - Gross Negligence

1. Defendants had a Duty to follow the law and their own Policies and Procedures in congruence with the law and owed a Duty to use ordinary and reasonable care in legally performing their Duties as State actors for the State of Montana Cascade County G.F.P.D Great falls news, high Risk Unit, Child Protective Services, West Benifis hospital.

2. Defendants Breached their Duties of care when they failed to use even the slightest care and lacked all Diligence to know and understand Duties, in failing in all respects to Protect these rights Defendants subjected Plaintiff to an unlawful Prolonged Detention. Engaged in Bodily restraint, Denied him Due Process of law, Denied him the Ability to seek health and happiness

3. As a Direct and Proximate result of the Defendant's Breachs and unlawful acts, the Plaintiff was Damaged, lost opportunities for wages and has Been incarcerated unlawfully.

## (Count VI - intentional infliction of Emotional Distress)

1. The Plaintiff has suffered Serious and Severe Emotional Distress Due to Defendants subjecting him to unlawful confinement by Extended incarceration and unlawful arrest and Defendant's Excessive force

2. The Serious and Severe Emotional Distress was a foreseeable consequence of Defendant's intentional acts of subjecting the Plaintiff to unlawful confinement by Extended incarceration.

# Count VII - Negligent Infliction of Emotional Distress

1. The Plaintiff has suffered serious and severe emotional distress due to Defendants subjecting him to an unlawful confinement of incarceration and unlawful arrest.
2. The serious and severe emotional distress was a foreseeable consequence of Defendant's intentional acts of subjecting the Plaintiff to unlawful confinement by extended incarceration and unlawful arrest. By negligent acts.

(Count VIII - False Imprisonment)

1. The Defendants detained Plaintiff by keeping unlawfully incarcerated.
2. The Defendants detention was willful.
3. The Defendants detention was without Plaintiff's consent.
4. The Defendants detention of the Plaintiff was illegal, unjustified, and lacked legal authority to detain Plaintiff.
5. Plaintiff has suffered damages due to Defendants false imprisonment of Plaintiff in an amount to be proven at trial.

(Count IX - Basic Rights Violations)

1. The Defendants violated Plaintiff's rights under 49-1-101 MCA by imposing bodily restraint upon Plaintiff by detaining him at the C.C.D.C
2. The Defendants detention of the Plaintiff was willful.
3. The Defendants detention of the Plaintiff in the local detention center was without Plaintiff's consent.

→

4. the Defendant's Detention of the Plaintiff was illegal, unjustified, and lacked legal authority to Detain Plaintiff.
5. Plaintiff has Suffered Damages Due to Defendant's Conduct in an amount to Be proven at Trial.